IN THE UNITED STATES CIRCUIT COURT
FOR MIDLE DISTRICT, ALABAMA

RECEIVED

2006 MAR 17 A 9: 34

ANGELA Denise NAILS,

Plaintiff,

CASE NO. 1:06cv247-WKW

Vs.

EAST GATE INN,

**DEMAND FOR JURY TRIAL**

Defendant,

COMPLAINT RACIAL DISCRIMATION
FAIR HOUSING ACT

The Plaintiff is complaining of racial discrimination Procedure Act Racial Discrimination Act of 1866, form a business named East Gate Inn, Plaintiff is also seeking relief of the Fair Housing Act, 42 U.S.C. 3601 et seq. The Plaintiff was habitual talked against, Treaes the counter help for the East Gate Inn. Trease instigated a terminus lie, telling Country Line Church not to pay $189.00 for one weeks rent, the East Gate Inn has allowed others to pay rent with a checks other churches. East Gate Inn told information to Country Line Church intending to reflect a outlook against my living arrangements. Plaintiff is seeking relief under Assembly resolution 2200A (XXI) of 16 December 1966, Civil Procedure Rule 65 Denying right to freely exercise religion. The Plaintiff is seeking settlement of $1,000.000.00, Plaintiff is Praying before God the Plaintiff win the settlement. Defendant address 1080 Ross Clark Circle Dothan, Alabama 36302. EXHIBIT A.

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE