# EXHIBIT A

The **United States District Court for the Middle District of Alabama** is the Federal district court whose jurisdiction is comprised of the following counties: Autauga, Barbour, Bullock, Butler, Chambers, Chilton, Coffee, Coosa, Covington, Crenshaw, Dale, Elmore, Geneva, Henry, Houston, Lee, Lowndes, Macon, Montgomery, Pike, Russell, and Tallapoosa. It has