| State of Alabama<br>Unified Judicial System<br>Form C-10<br>Page 1 of 2    Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number<br>1:06cv247-WKW |
|---|---|---|

IN THE _____Circuit_____ COURT OF _____, ALABAMA
(Circuit, District, or Municipal)          (Name of County or Municipality)

STYLE OF CASE: _Denise Nails_ v. _East Gate Inn_
                     Plaintiff(s)                    Defendant(s)

TYPE OF PROCEEDING: _Neglect_  CHARGE(s) (if applicable): _____

☒ **CIVIL CASE** -- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
☐ **CIVIL CASE** -- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the court appoint one for me.
☐ **CRIMINAL CASE** -- I am financially unable to hire an attorney and request that the court appoint one for me.
☐ **DELINQUENCY/NEED OF SUPERVISION** -- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

## AFFIDAVIT

**SECTION I.**

1. **IDENTIFICATION**
   Full name _Angela Denise Nails_  Date of birth _1/8/61_
   Spouse's full name (if married) _____
   Complete home address _342 South Saint Andrews Street Apt 808 Dothan, Alabama 36301_
   Number of people living in household _1_
   Home telephone number _334 702-9645_
   Occupation/Job _Disabled_  Length of employment _2 years 5 months_
   Driver's license number _7639414 Alabama_  *Social Security Number _212 78 2867_
   Employer _NA_  Employer's telephone number _NA_
   Employer's address _NA_

2. **ASSISTANCE BENEFITS**
   Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply.)
   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☒ Medicaid   ☐ Other _____

3. **INCOME/EXPENSE STATEMENT**

   Monthly Gross Income:
   Monthly Gross Income ............................. $824.00 — Benefit from the Same
   Spouse's Monthly Gross Income (unless a marital offense) .... 0
   Other Earnings: Commissions, Bonuses, Interest Income, etc. ... 0
   Contributions from Other People Living in Household .......... 0
   Unemployment/Workmen's Compensation,
     Social Security, Retirements, etc. .......... $824.00
   Other Income (be specific) _____ 0
   **TOTAL MONTHLY GROSS INCOME** ................ $824

   Monthly Expenses:
   A. Living Expenses
     Rent/Mortgage ............ $229.00
     Total Utilities: Gas, Electricity, Water, etc. ... $200.00
     Food .................... $10.00
     Clothing ................ $18.92 one time March 2006 paid
     Health Care/Medical ..... $1.00
     Insurance ............... 0
     Car Payment(s)/Transportation Expenses ... 0
     Loan Payment(s) ......... 0

*OPTIONAL

| Form C-10 Page 2 of 2   Rev. 2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER** |

Monthly Expenses: (cont'd page 1)
 Credit Card Payment(s)                    0
 Educational/Employment Expenses
 Other Expenses (*be specific*) _____     $276.00

Sub-Total                                                A $ 715.00 DN

B. Child Support Payment(s)/Alimony        $ 0
Sub-Total                                                B $ 0

C. Exceptional Expenses                    $ 0

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)   $ 715.00 DN

Total Gross Monthly Income Less total monthly expenses:

**DISPOSABLE MONTHLY INCOME**                        $ _____

4. LIQUID ASSETS:
 Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)    $ 117.00
 Equity in Real Estate (value of property less what you owe)                                    0
 Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)    $60.00 - video camra
 Other (*be specific*)
 Do you own anything else of value? ☐ Yes ☒ No
 (land, house, boat, TV, stereo, jewelry)
 If so, describe _____

TOTAL LIQUID ASSETS                                                     $ 178.00 DN

5. Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

2nd day of March, 2006.        Angela Denise Nails
                               Affiant's Signature

Julie Martin                   Angela Denise Nails
Judge/Clerk/(Notary)           Print or Type Name

**ORDER OF COURT**

SECTION II.
 IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
 ☐ Affiant is not indigent and request is DENIED.
 ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
 ☐ Affiant is indigent and request is GRANTED.
 ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____.

_____
Judge