IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-247-WKW |
| | ) |
| FAST GATE INN, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28U.S.C. § 636(b)(1), this case is referred to the Honorable Delores R. Boyd for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 24th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE