RECEIVED

2006 APR -6  A 9: 36

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABMA
SOUTH DIVISION

ANGELA DENISE NAILS,

              Plaintiff,    CIVIL ACTION NO.
                             1:06-CV-00247-WKW-DRB

VS

EAST GATE INN,

              Defendant,


AMENDED COMPLAINT NEGLENTACE
HOUSING DISCRIMATION RACIAL DISCRIMATION


The Defendant East Gate Inn, is a Sole Proprietor.  An entity of it

own and  citizenship is in the State of Alabama.  Bases of legal suit is

the Negligence of  Defendant(s). The Plaintiff was a resident of the

East Gate Inn, The Defendant(s) front Desk Clerk Trease hinder

another organization from paying the Plaintiff  rent of $189.00 for a

weekly rent rate.  Trease front desk of East Gate Inn  slander

information to another person about the Plaintiff in the operation of

a business transaction of paying a bill denying the bill to be paid

runnening my history between the Plaintiff and another organization.

Federal Law: The Fair Housing Act of 1968, as amended(42 U.S.

Code 3601, et seg.) Protects against racial discrimination in housing.

The Plaintiff race is African American, the  person race of

complained of action is White, treatment or consideration based on

class or category  rather than individual meritpartiality or prejudice

discrimination; discrimination against foreigners.  Plaintiff is alleging

that the Defendant(s) also discriminated against the Plaintiff

Regliously Title IV Section 260.34(b)(1) and (2) equate religious and

non-religious providers and seek to treat them as equals. The

Defendant(s) Negligence against the Plaintiff cause the Plaintiff to be

without money for two days for rent.

Each named Defendant(s) in the case  that has violated statutory

rights  Mr. and Mrs. Jinkins.  The claim against both Defendant(s)  of

$75,000.00.  The Plaintiff Prays that the court decides for the Plaintiff

in the Plaintiff case against both Defendant(s). Defendant(s) address

is 1080 Ross Clark Circle Dothan, Alabama 36303.

*Angela Denise Nails*

ANGELA DENISE NAILS

PRO SE