IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT FOR ALABMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

        Plaintiff,        Case No 1:06-cv-247-DRW
                                       [wo]

VS

EAST GATE INN,

        Defendant,

## OBJECTION OF DISMISSAL ADMEND COMPLAINT TO NEGLIGENCE

The plaintiff would like to admened the complaint under Federal Pleading Rule 15a. The plaintiff is in the accordance of the Federal Jurisdiction Article III, Section 2a) Constitutional and Federal law. Subject matter jurisdiction federal question jurisdiction amount in controversy of $75,000.00. The plaintiff in the case quotes Federal and State Status as Proof of Negligence Federal law 12(b)(c). This Federal and State Status is to prove the defendant disobeyed this statued regards to the submissive of evidence of the Federal law. The plaintiff is stating from bases of the inside of the amended complaint that no reasonable

person would have broken the same law in the same way, at another Hotel/Motel desk clerk seeing a person come inside the Hotel/Motel door and approached the front desk would have ask the person if they needed help, after the person requested that they were wanting to pay for a room for another person, the front desk clerk would have ask the registered person name who the payment was being for the room,, the desk clerk of the Hotel/Motel would have went to the book for registered guest to acknowledge that the person was renting or not renting a room at the Hotel/Motel, the desk clerk would then ask the person coming into the Hotel/Motel to pay for the room how much they would be paying on the guest room and then taken the money and return to the person a receipt showing the payment has been made for the room the guest is in. The person paying for the room then would leave the Hotel/Motel without any question of the desk clerk behavior because the payment for room rent was handled properly.   No reasonable person would have begun a communication about the person renting a room to disregard a payment for profit for the Hotel/Motel because the person who the Hotel/Motel was renting a room too was a good renter for the Hotel/Motel the renter was never contact by the Hotel/Motel front desk requesting the renter to leave form the room before the next rent payment.

*Negligence is when failure to exercise the care toward others which is reasonable or prudent person would do in the circumstances, or taking action which such a reasonable person would not. Federal law regulates the law of Negligence for this complaint.*

Angela Denise Nails
ANGELA DENSIE NAILS

PRO SE