IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-247-WKW |
| ) | (WO) |
| EAST GATE INN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On April 18, 2006, the Magistrate Judge filed a Recommendation (Doc. # 7) in this case, finding that the plaintiff's complaint is due to be dismissed prior to service of process pursuant to 28 U.S.C. § 1915(e). The plaintiff filed an objection on April 24, 2006 (Doc. # 8).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. The plaintiff's complaint is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 1st day of May, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE